# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00485-CV

**In re James B. Peplinski**

**J. T., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
NO. 22-0193, THE HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of J. T. The subject of this proceeding is James B. Peplinski, appellant's attorney.

Appellant filed her notice of appeal on August 9, 2022, and her brief was due September 26, 2022. On October 7, 2022 we ordered counsel to file appellant's brief no later than October 16, 2022. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that James B. Peplinski shall appear in person before this Court on Friday, October 28, at 9:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions

imposed for his failure to obey our October 7, 2022 order. This order to show cause will be withdrawn and Peplinski will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before October 26, 2022.

It is ordered on October 20, 2022.


Before Chief Justice Byrne, Justices Triana and Smith